# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1858
LT Case No. 2014-CF-015745-AX

_____

MICHAEL CHRISTOPHER
MAXWELL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Brevard County.
David C. Koenig, Judge.

Mark H. Klein, of MHK Legal, PLLC, Coral Springs, for
Appellant.

Ashley Moody, Attorney General, Tallahassee, and Bonnie J.
Parrish, Assistant Attorney General, Daytona Beach, for
Appellee.

October 31, 2023

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____